**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Shawn A. Toliver, SB# 148349
Marisa M. Yee, SB# 226729
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel:  (415) 362-2580
Fax:  (415) 434-0882

Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

E-filing

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

C 07 - 3555 EMC

| | |
|---|---|
| KEN KUNZLER<br><br>    Plaintiff,<br>v.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>Removal Filed: July 10, 2007 |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. UAP Distribution is a wholly-owned subsidiary of United Agri Products, Inc.
2. United Agri Products, Inc. is a wholly-owned subsidiary of UAP Holdings Corp.

3. UAP Holdings Corp. is a publicly-traded company (NASDAQ).

Respectfully Submitted,

Dated: July 10, 2007

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By: _____
Shawn A. Toliver
Marisa M. Yee
Attorneys for Defendants United Agri Products, Inc. and UAP Distribution, Inc.

4839-9199-1041.1

2