File No. New Matter

**PROOF OF SERVICE**
***Kunzler v. United Agri Products, Inc.***
USDC Case No. C-07-03555 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On July 11, 2007, I served the following documents described as:

1. **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

2. **NOTICE OF REMOVAL OF ACTION**

3. **FIRST AMENDED NOTICE OF REMOVAL OF ACTION**

4. **DECLARATION OF MARISA M. YEE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**

5. **FIRST AMENDED DECLARATION OF MARISA M. YEE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**

6. **CERTIFICATION OF INTERESTED PARTIES**

7. **CIVIL COVER SHEET**

8. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

9. **STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN**

10. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

11. **U.S. DISTRICT COURT NORTHER CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT**

12. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

13. **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

14. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

15. **WELCOME TO U.S. DISTRICT COURT, SAN FRANCISCO INFORMATIONAL SHEETS**

///

///

4838-1622-4257.1

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Thomas S. Brigham
**tsbrigham@sbcglobal.net**
Brooke A. Brigham
**briglaw@comcast.net**
441 N. State Street
P.O. Box 358
Ukiah, CA 95482

Tel: 707.462.9292
Fax: 707.467.2492

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ]   I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 11, 2007, at San Francisco, California.

B. Yasinah Johnson

4838-1622-4257.1