**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Shawn A. Toliver, SB# 148349
Marisa M. Yee, SB# 226729
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel:  (415) 362-2580
Fax:  (415) 434-0882

Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER<br><br>Plaintiff,<br>v.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. C 07-03555 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Removal Filed: July 10, 2007 |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. Section 636 (c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Edward M. Chen conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 24, 2007          LEWIS BRISBOIS BISGAARD & SMITH, LLP

                              By: _____
                                   Shawn A. Toliver
                                   Marisa M. Yee
                                   Attorneys for Defendants United Agri Products, Inc.
                                   and UAP Distribution, Inc.

4828-0127-1553.1                        1

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE