1  THOMAS S. BRIGHAM (SBN #44899)
   BROOKE A. BRIGHAM (SBN #191263)
2  441 N. State Street
   Post Office Box 358
3  Ukiah, California 95482
   Telephone: (707) 462-9292
4  Facsimile: (707) 467-2492
   tsbrigham@sbcglobal.net
5
   Attorneys for KEN KUNZLER
6

7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 KEN KUNZLER,
                                           CASE NO: C 07-03555 EMC
13       Plaintiff,
                                           **CONSENT TO PROCEED BEFORE A**
14 vs.                                     **UNITED STATES MAGISTRATE JUDGE**

15 UNITED AGRI PRODUCTS, INC., UAP         Removal Filed: July 10, 2007
   DISTRIBUTION, INC. and DOES 1
16 THROUGH 25, inclusive,

17       Defendants.
                                        /
18

19

20      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

21      In accordance with the provisions of 28 U.S.C. Section 636(c)), the undersigned party hereby

22 voluntarily consents to have United States Magistrate Judge Edward M. Chen conduct any and all

23 further proceedings in this case, including trial, and order the entry of a final judgement. Appeal

24 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

25

26 DATED: July 27, 2007                    /S/
                                           ─────────────────────────
27                                         THOMAS S. BRIGHAM
                                           Attorney for Plaintiff KEN KUNZLER
28

---

CONSENT TO MAGISTRATE

CASE NO. C 07-03555 EMC                    1