1  THOMAS S. BRIGHAM (SBN #44899)
   BROOKE A. BRIGHAM (SBN #191263)
2  441 N. State Street
   Post Office Box 358
3  Ukiah, California 95482
   Telephone: (707) 462-9292
4  Facsimile: (707) 467-2492
   tsbrigham@sbcglobal.net
5
   Attorneys for KEN KUNZLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC. and DOES 1 THROUGH 25, inclusive,<br><br>    Defendants.<br>_____/ | CASE NO: C 07-03555 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: July 27, 2007     /S/ _____
                         THOMAS S. BRIGHAM
                         Attorney for Plaintiff KEN KUNZLER