UNITED STATES DISTRICT COURT

Northern District of California

KEN KUNZLER

CASE NO. C 07-03555 EMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.

UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive,

Defendant(s).

Ross W. Johnson, an active member in good standing of the bar of the State of Iowa whose business address and telephone number (particular court to which applicant is admitted) is

Faegre & Benson LLP
801 Grand Ave., Suite 3100
Des Moines, IA  50309   Tel.: (515) 248-9000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants United Agri Products, Inc. and UAP Distribution, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 1, 2007

United States Magistrate Judge
EDWARD M. CHEN