UNITED STATES DISTRICT COURT
Northern District of California

KEN KUNZLER

CASE NO. C 07-03555 EMC

Plaintiff(s),

v.

UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive,

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Carolyn A. Gunkel , an active member in good standing of the bar of the State of Iowa whose business address and telephone number (particular court to which applicant is admitted) is

Faegre & Benson LLP
801 Grand Ave., Suite 3100
Des Moines, IA 50309  Tel.: (515) 248-9000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants United Agri Products, Inc. and UAP Distribution, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 1, 2007

United States Magistrate Judge
EDWARD M. CHEN