THOMAS S. BRIGHAM (SBN #44899)
BROOKE A. BRIGHAM (SBN #191263)
441 N. State Street
Post Office Box 358
Ukiah, California 95482
Telephone: (707) 462-9292
Facsimile: (707) 467-2492
tsbrigham@sbcglobal.net

Attorneys for KEN KUNZLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC. and DOES 1 THROUGH 25, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO: C 07-03555 EMC<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |

TO THE HONORABLE COURT:

Plaintiff Ken Kunzler respectfully requests that his counsel be permitted to attend the Initial Case Management Conference telephonically, which is scheduled for October 17, 2007, at 1:30 p.m. All parties will have met and conferred regarding case handling and the Initial Case Management Conference by October 17, 2007. In the interest of conserving time and expense, Plaintiff requests that his counsel be allowed to attend the Initial Case Management Conference via telephone.

Thomas S. Brigham, counsel for Plaintiff Ken Kunzler, works and lives in Ukiah, California and will incur significant time and expense in traveling to personally attend the Initial Case Management Conference.

1     Mr. Brigham is scheduled to meet and confer with Defendants' counsel, Ross W. Johnson, on September 21, 2007, and significant time and expense will be conserved if Mr. Brigham is granted permission to attend the Initial Case Management Conference via telephone.

    Defendants United Agri Products, Inc., and UAP Distribution, Inc., have also requested to attend the Initial Case Management Conference by telephone.

DATED: September 17, 2007         /S/
                                                  THOMAS S. BRIGHAM
                                                  Attorney for Plaintiff KEN KUNZLER