THOMAS S. BRIGHAM (SBN #44899)
BROOKE A. BRIGHAM (SBN #191263)
441 N. State Street
Post Office  Box 358
Ukiah, California 95482
Telephone:  (707) 462-9292
Facsimile:  (707) 467-2492
tsbrigham@sbcglobal.net

Attorneys for KEN KUNZLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEN KUNZLER,

      Plaintiff,

vs.

UNITED AGRI PRODUCTS, INC., UAP
DISTRIBUTION, INC. and DOES 1
THROUGH 25, inclusive,

      Defendants.

_____/

CASE NO: C 07-03555 EMC

**[Proposed] ORDER GRANTING
PLAINTIFF'S REQUEST TO APPEAR
TELEPHONICALLY AT INITIAL CASE
MANAGEMENT CONFERENCE**

     Good cause being shown, IT IS HEREBY ORDERED, that Thomas S. Brigham, lead trial

counsel for Plaintiff KEN KUNZLER, is permitted to appear by telephone at the Initial Case

Management Conference, scheduled for October 17, 2007 at 1:30 p.m.

DATED: _____     _____

                            **JUDGE OF THE U.S. DISTRICT COURT**