THOMAS S. BRIGHAM (SBN #44899)
BROOKE A. BRIGHAM (SBN #191263)
441 N. State Street
Post Office  Box 358
Ukiah, California 95482
Telephone:  (707) 462-9292
Facsimile:  (707) 467-2492
tsbrigham@sbcglobal.net

Attorneys for KEN KUNZLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEN KUNZLER,

     Plaintiff,

vs.

UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC. and DOES 1 THROUGH 25, inclusive,

    Defendants.

_____/

CASE NO: C 07-03555 EMC

[Proposed] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE

    Good cause being shown, IT IS HEREBY ORDERED, that Thomas S. Brigham, lead trial counsel for Plaintiff KEN KUNZLER, is permitted to appear by telephone at the Initial Case Management Conference, scheduled for October 17, 2007 at 1:30 p.m.

DATED: _____  September 17, 2007

_____
JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED

Judge Edward M. Chen