**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Shawn A. Toliver, SB# 148349
Marisa M. Yee, SB# 226729
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel:    (415) 362-2580
Fax:    (415) 434-0882

**FAEGRE & BENSON LLP**
Ross W. Johnson, Appearing *Pro Hac Vice*
Carolyn Gunkel, Appearing *Pro Hac Vice*
801 Grand Avenue, Suite 3100
Des Moines, IA 50309
Tel:    (515) 248-9000
Fax    (515) 248-9010

Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER<br><br>Plaintiff,<br><br>v.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive<br><br>Defendants. | Case No.  C 07-03555 EMC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Removal Filed:  July 10, 2007<br>Trial Date:  None Set |

        Pursuant to Civil L. R. 16-18(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

        (1)    Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov. (*Limited printed copies are available from the clerk's office for parties in cases not subject to the Court's Electronic Case Filing program (ECF) under General Order 45*);

        (2)    Discussed the available dispute resolution opinions provided by the Court and private entities; and

1

fb.us.2317100.01

1    (3)    Considered whether this case might benefit from any of the available dispute

2    resolution options.

3

4    Dated: September 24, 2007          LEWIS BRISBOIS BISGAARD & SMITH LLP

5

6                                        By _____

7                                        Shawn A. Toliver
                                         Marisa Yee
8                                        Attorneys for Defendants UNITED AGRI
                                         PRODUCTS, INC., and UAP
9                                        DISTRIBUTION, INC.

10

11    Dated: September 25, 2007          By _____

12                                       Ross W. Johnson*
                                         Carolyn A. Gunkel*
13                                       FAEGRE & BENSON LLP
                                         * Admitted pro hac vice

14

15    Dated: September 25, 2007          By _____

16                                       Lanetta Scott

17                                       Manager, Legal and Risk Services,
                                         for Defendant United Agri Products, Inc.

18

19

20

21

22

23

24

25

26

27

28

4819-7198-8993.2                              2

ADR CERTIFICATION BY PARTIES AND COUNSEL

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104-4431
TEL: 415.362.2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104-4431
TEL: 415.362.2580

1    **CERTIFICATE OF SERVICE**

2        I hereby certify that on this 26th day of September 2007, I electronically filed the
foregoing **ADR CERTIFICATION BY PARTIES AND COUNSEL** with the Clerk of Court
3    using the CM/ECF system, which will send notification of such filing to the following:

4                         Thomas S. Brigham
                       **tsbrigham@sbcglobal.net**
5
                          Brooke A. Brigham
6                        **briglaw@comcast.net**

7    and hereby certify that on this 26th day of September 2007, I mailed by United States Postal
Service, a copy of the aforesaid document to the following non-registered participants:
8
                              None
9

10

11                    _____/s/ Ross W. Johnson_____
                   FAEGRE & BENSON LLP
12                 801 Grand Avenue, Suite 3100
                   Des Moines, IA 50309
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28