LEWIS BRISBOIS BISGAARD & SMITH LLP
Shawn A. Toliver, SB# 148349
Marisa M. Yee, SB# 226729
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel:    (415) 362-2580
Fax:    (415) 434-0882

FAEGRE & BENSON LLP
Ross W. Johnson, Appearing *Pro Hac Vice*
Carolyn Gunkel, Appearing *Pro Hac Vice*
801 Grand Avenue, Suite 3100
Des Moines, IA 50309
Tel:    (515) 248-9000
Fax    (515) 248-9010

Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER<br><br>Plaintiff,<br><br>v.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive<br><br>Defendants. | Case No. C 07-03555 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Removal Filed: July 10, 2007<br>Trial Date: None Set |

Counsel report that they have met and conferred regarding ADR, and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐   Non-binding Arbitration (ADR L.R. 4)

☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an*

1

1  *ADR phone conference and may not file this form. They must instead file a Notice of Need for*
2  *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

3  **Private Process:**

4  ☐  Private ADR (please identify process and provider) _____

5  The parties agree to hold the ADR session by:

6  ☒  The presumptive deadline (The deadline is 90 days from the date of the Order
7  referring the case to an ADR process, unless otherwise ordered).

8  ☐  Other requested deadline _____

10  Dated: September 26, 2007        /s/ Thomas S. Brigham (with consent)
                                    Thomas S. Brigham, SB# 44899
11                                  Brooke A. Brigham, SB# 191263
                                    441 North State Street
12                                  P. O. Box 358
                                    Ukiah, CA  95482
13
                                    **ATTORNEY FOR PLAINTIFFS**
14

16  Dated: September 26, 2007        /s/ Ross W. Johnson
                                    Ross W. Johnson, AT0004014*
17                                  Carolyn A. Gunkel, AT0008944*
                                    FAEGRE & BENSON LLP
18                                  801 Grand Avenue, Suite 3100
                                    Des Moines, Iowa  50309-8002
19                                  Telephone: (515) 248-9000
                                    Facsimile:  (515) 248-9010
20                                  E-Mail:    rwjohnson@faegre.com
                                               cgunkel@faegre.com
21
                                    * admitted *pro hac vice*
22
                                    - and -

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA  94104-4431
TEL: 415.362.2580

Shawn A. Toliver, SB# 148349
Marisa Yee, SB# 226729
LEWIS, D'AMATO, BRISBOIS, & BISGAARD, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104-4431
Telephone: (415) 362-2580
Facsimile: (415) 434-08812
E-Mail: *toliver@lbbslaw.com*
*yee@lbbslaw.com*

**ATTORNEYS FOR DEFENDANTS
UNITED AGRI PRODUCTS, INC. AND
UAP DISTRIBUTION, INC.**

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Private ADR
- ☐ Deadline for ADR session:
- ☐ 90 days from the date of this Order
- ☐ Other

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES MAGISTRATE JUDGE