LEWIS BRISBOIS BISGAARD & SMITH LLP
Shawn A. Toliver, SB# 148349
Marisa M. Yee, SB# 226729
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel: (415) 362-2580
Fax: (415) 434-0882

FAEGRE & BENSON LLP
Ross W. Johnson, Appearing *Pro Hac Vice*
Carolyn Gunkel, Appearing *Pro Hac Vice*
801 Grand Avenue, Suite 3100
Des Moines, IA 50309
Tel: (515) 248-9000
Fax: (515) 248-9010

Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER<br><br>Plaintiff,<br><br>v.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive<br><br>Defendants. | Case No. C 07-03555 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Removal Filed: July 10, 2007<br>Trial Date: None Set |

Counsel report that they have met and conferred regarding ADR, and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an*

1

*ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐ Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:

☒ The presumptive deadline (The deadline is 90 days from the date of the Order referring the case to an ADR process, unless otherwise ordered).

☐ Other requested deadline _____

Dated: September 26, 2007        /s/ Thomas S. Brigham (with consent)
                                 Thomas S. Brigham, SB# 44899
                                 Brooke A. Brigham, SB# 191263
                                 441 North State Street
                                 P. O. Box 358
                                 Ukiah, CA 95482

**ATTORNEY FOR PLAINTIFFS**

Dated: September 26, 2007        /s/ Ross W. Johnson
                                 Ross W. Johnson, AT0004014*
                                 Carolyn A. Gunkel, AT0008944*
                                 FAEGRE & BENSON LLP
                                 801 Grand Avenue, Suite 3100
                                 Des Moines, Iowa 50309-8002
                                 Telephone: (515) 248-9000
                                 Facsimile: (515) 248-9010
                                 E-Mail:    rwjohnson@faegre.com
                                            cgunkel@faegre.com

                                 * admitted *pro hac vice*

                                      - and -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Shawn A. Toliver, SB# 148349
Marisa Yee, SB# 226729
LEWIS, D'AMATO, BRISBOIS, & BISGAARD, LLP
One Sansome Street, Suite 1400
San Francisco, CA  94104-4431
Telephone: (415) 362-2580
Facsimile:  (415) 434-08812
E-Mail:    *toliver@lbbslaw.com*
           *yee@lbbslaw.com*

**ATTORNEYS FOR DEFENDANTS
UNITED AGRI PRODUCTS, INC. AND
UAP DISTRIBUTION, INC.**

3

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Private ADR

☐ Deadline for ADR session:
☒ Completion of ADR 90 days from the date of this Order

☐ Other

IT IS SO ORDERED.

Dated: 9/28/07

_____
UNITED STATES MAGISTRATE JUDGE

4

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS