# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Kunzler,<br><br>        Plaintiff(s),<br><br>  v.<br><br>United Agri Products Inc,<br><br>        Defendant(s). | 07-03555 EMC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Samuel F. Barnum**
Attorney at Law
4302 Redwood Highway, Ste. 100
San Rafael, CA 94903
415-492-9800

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-03555 EMC MED                          - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: October 12, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California