**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** October 17, 2007

**Case No:** C07-3555 EMC                              **FTR Time:**   1:33-1:52 p.m.

**Case Name:**  Ken Kunzler v. United Agri Products, Inc. et al.

**Attorneys:**   Thomas S. Brigham for Plaintiff (707) 462-9292
Ross W. Johnson for Defendants (515) 778-0743

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held Telephonically

**ORDERED AFTER HEARING:**

5-day court trial set for 10/27/08.  This case was referred to the Alternative Dispute Resolution Program for mediation.  Samuel Barnum appointed as mediation on 10/12/07.  Parties are awaiting for mediation date.  Court to issue other deadlines in the case management conference order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 01/23/08 at 2:30 p.m. for Telephonic Status Conference.  Joint Status Conference Statement shall be filed by 1/16/08.

cc: EMC