THOMAS S. BRIGHAM (State Bar No. 44899)
BROOKE A. BRIGHAM (State Bar No. 191263)
441 North State Street
P.O. Box 358
Ukiah, CA 95482
Telephone: (707) 462-9292
Facsimile: (707) 467-2492
tsbrigham@sbcglobal.net
briglaw@comcast.net

Attorneys for Plaintiff
KEN KUNZLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED AGRI PRODUCTS, INC, UAP DISTRIBUTION, INC., et al.,<br><br>　　　　Defendants. | CASE NO. 07-03555 EMC<br><br>STIPULATION OF DISMISSAL OF PARTY |

IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys that Defendant United Agri Products, Inc. is hereby dismissed from this action without prejudice pursuant to FRCP 41(a)(1).

DATED: October 25, 2007        /S/ _____
                               THOMAS S. BRIGHAM
                               Attorney for Plaintiff
                               KEN KUNZLER


DATED: October 25, 2007        /S/ Ross W. Johnson (with consent)
                               ROSS W. JOHNSON
                               Attorney for Defendant
                               UNITED AGRI PRODUCTS, INC.

STIPULATION OF DISMISSAL

CASE NO. C-07-03555 EMC