THOMAS S. BRIGHAM (State Bar No. 44899)
BROOKE A. BRIGHAM (State Bar No. 191263)
441 North State Street
P.O. Box 358
Ukiah, CA  95482
Telephone:    (707) 462-9292
Facsimile:    (707) 467-2492
tsbrigham@sbcglobal.net
briglaw@comcast.net

Attorneys for Plaintiff
KEN KUNZLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER,<br><br>        Plaintiff,<br><br>        vs.<br><br>UNITED AGRI PRODUCTS, INC, UAP<br>DISTRIBUTION, INC., et al.,<br><br>        Defendants. | CASE NO. 07-03555 EMC<br><br>STIPULATION OF DISMISSAL OF PARTY<br>(as to Defendant United Agri Products only) |

     IT IS HEREBY STIPULATED by and between the parties to this action through their

attorneys that Defendant United Agri Products, Inc. is hereby dismissed from this action without

prejudice pursuant to FRCP 41(a)(1).

DATED:  October 25, 2007            /S/ _____
                                 THOMAS S. BRIGHAM
                                 Attorney for Plaintiff
                                 KEN KUNZLER

DATED:  October 25, 2007            /S/ Ross W. Johnson (with consent)
                                 ROSS W. JOHNSON
                                 Attorney for Defendant
                                 UNITED AGRI PRODUCTS, INC.

IT IS SO ORDERED



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

Edward M. Chen
U.S. Magistrate Judge

STIPULATION OF DISMISSAL