1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    SHAWN A. TOLIVER, SB# 148349
2  HELEN LEE GREENBERG, SB# 230682
    One Sansome Street, Suite 1400
3  San Francisco, CA 94104
    Telephone:   (415) 362-2580
4  Facsimile:    (415) 434-0882

5  **FAEGRE & BENSON LLP**
    ROSS W. JOHNSON, Appearing *Pro Hac Vice*
6  CAROLYN GUNKEL, Appearing *Pro Hac Vice*
    801 Grand Avenue, Suite 3100
7  Des Moines, IA 50309
    Telephone:   (515) 248-9000
8  Facsimile:    (515) 248-9010

9  Attorneys for Defendants
    UNITED AGRI PRODUCTS, INC. and UAP DISTRIBUTION, INC.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER,<br><br>    Plaintiff,<br>v.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO. C 07-03555 EMC<br><br>**JOINT MOTION TO CONTINUE THE DEADLINES FOR MEDIATION AND THE SCHEDULING CONFERENCE**<br><br>Removal Filed: July 10, 2007<br>Trial Date: None Set |

COME NOW Plaintiff Ken Kunzler and Defendant UAP Distribution, Inc. (collectively the "Parties"), pursuant to ADR Local Rule 6.5 and Civil Local Rule 7, and hereby request that this Court enter this proposed order continuing the deadline for mediation until February 6, 2007, postponing the date of the January 23, 2008 telephonic case management conference for thirty (30) days or more, and postponing the deadline for the updated case management statement until five (5) days before the date of the rescheduled case management conference, stating as follows:

4833-9111-6034.1
JOINT MOTION TO CONTINUE MEDIATION DEADLINES AND SCHEDULING CONFERENCE

1. On September 28, 2007, this Court ordered this case to mediation and further ordered that mediation be completed within ninety (90) days (or, by December 27, 2007). See Order (Sept. 28, 2007) [Docket No. 30].

2. Additionally, this Court ordered that the Parties would be permitted to take four (4) depositions each prior to mediation. See Case Management and Pretrial Order for Court Trial (Oct. 26, 2007) (hereinafter "CMO") [Docket No. 36].

3. The Parties have been working diligently to prepare for mediation and have engaged in written and third-party discovery, as also authorized by the Court. See CMO. However, due to attorney schedules, party and non-party witness schedules, and the Thanksgiving holiday, the Parties were not able to schedule the depositions authorized by this Court until the week of December 10, 2007.

4. Because of the deposition dates and the December holiday season, and despite their significant efforts, the Parties will not be prepared to mediate the case by December 27, 2007, the current deadline for completing the mediation.

5. On November 8, 2007, the Parties spoke with mediator Sam Barnum regarding the case and a date for the mediation. During that call, the Parties explained the issues relating to scheduling. The mediator agreed that it would make sense for the Parties to seek a short continuance of the mediation deadline, such that they would be in a position to conduct a meaningful mediation.

6. Based on the December holiday season and the schedules of the attorneys and the mediator, the first date upon which the Parties and the mediator were able to schedule a mediation was February 6, 2007. The Parties and the mediator have tentatively reserved February 6, 2007 as a date for the mediation, pending the approval of this Court of a short extension of the deadline for mediation.

7. Based on the foregoing, the Parties respectfully request that this Court continue the mediation deadline until February 6, 2007.

8. Continuing the mediation deadline until February 6, 2007, will leave ample time for discovery, as the non-expert discovery and expert disclosure deadline is currently set for June 9, 2008. See CMO. Thus, continuing the mediation deadline until February 6, 2007 will not delay the case or

Lewis Brisbois Bisgaard & Smith LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1  necessitate a change in any deadlines (with the exception of the updated joint case management state
2  and case management conference discussed below) or the trial date.
3       9.   The Parties also are scheduled to file an updated joint case management statement by
4  January 16, 2008 in anticipation of a telephonic case management conference scheduled for January
5  23, 2008. See CMO.
6       10.  The Parties believe that this Court wants to hear from them after the mediation occurs.
7  Therefore, should this Court grant the Parties' request to continue the mediation deadline until
8  February 6, 2007, the Parties further respectfully request that this Court postpone the date of the case
9  management conference for thirty (30) days or more and postpone the deadline for the updated joint
10 case management statement until five (5) days before the date of the rescheduled case management
11 conference.
12      WHEREFORE, the Parties respectfully request that this Court enter the proposed order
13 continuing the deadline for mediation until February 6, 2007, postponing the deadline for the case
14 management conference for thirty (30) days or more, and postponing the deadline for the updated joint
15 case management statement until five (5) days before the date of the rescheduled case management
16 conference.
17
18 DATED: November 21, 2007        THOMAS S. BRIGHAM, ESQ.
                                   BROOKE A. BRIGHAM, ESQ.
19
                                   By:  /s/ Thomas S. Brigham
20                                      Thomas S. Brigham, Esq.
                                        Brooke A. Brigham, Esq.
21                                      Attorneys for Plaintiff KEN KUNZLER
22
   DATED: November 21, 2007        LEWIS BRISBOIS BISGAARD & SMITH LLP
23
                                   By:  /s/ Helen Lee Greenberg
24                                      Shawn A. Toliver
                                        Helen Lee Greenberg
25                                      Attorneys for Defendants UNITED AGRI
                                        PRODUCTS, INC., and UAP DISTRIBUTION, INC.
26
27 DATED: November 21, 2007        FAEGRE & BENSON LLP
28                                 By:  /s/ Ross W. Johnson

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

Ross W. Johnson*
Carolyn A. Gunkel*
Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

*Admitted pro hac vice*