LEWIS BRISBOIS BISGAARD & SMITH LLP
SHAWN A. TOLIVER, SB# 148349
HELEN LEE GREENBERG, SB# 230682
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:   (415) 362-2580
Facsimile:   (415) 434-0882

**FAEGRE & BENSON LLP**
ROSS W. JOHNSON, Appearing *Pro Hac Vice*
CAROLYN GUNKEL, Appearing *Pro Hac Vice*
801 Grand Avenue, Suite 3100
Des Moines, IA 50309
Telephone:   (515) 248-9000
Facsimile:   (515) 248-9010

Attorneys for Defendants
UNITED AGRI PRODUCTS, INC. and UAP DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER<br><br>  Plaintiff,<br>v.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive,<br><br>  Defendants | CASE NO. C 07-03555 EMC<br><br>***[PROPOSED] ORDER REGARDING THE JOINT MOTION TO CONTINUE THE DEADLINES FOR MEDIATION AND THE SCHEDULING CONFERENCE***<br><br>Removal Filed: July 10, 2007<br>Trial Date: None Set |

This matter, having come to be heard on the joint motion of Plaintiff Ken Kunzler and Defendant UAP Distribution, Inc. for the entry of an Order to continue the deadlines for mediation and the scheduling conference, due notice having been given, the Court having jurisdiction, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.   The deadline for mediation is continued until February 6, 2008.

2.   The telephonic case management conference is rescheduled to _____.

4829-3839-3346.1

3. The parties shall submit an updated joint case management statement seven (7) days before the case management conference.

DATED: _____

_____
EDWARD M. CHEN
United States Magistrate Judge

Respectfully submitted by:

DATED: November 21, 2007        THOMAS S. BRIGHAM, ESQ.
                                BROOKE A. BRIGHAM, ESQ.

                                By: /s/ Thomas S. Brigham
                                    Thomas S. Brigham, Esq.
                                    Brooke A. Brigham, Esq.
                                    Attorneys for Plaintiff KEN KUNZLER

DATED: November 21, 2007        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By: /s/ Helen Lee Greenberg
                                    Shawn A. Toliver
                                    Helen Lee Greenberg
                                    Attorneys for Defendants UNITED AGRI
                                    PRODUCTS, INC., and UAP DISTRIBUTION, INC.

DATED: November 21, 2007        FAEGRE & BENSON LLP

                                By: /s/ Ross W. Johnson
                                    Ross W. Johnson*
                                    Carolyn A. Gunkel*
                                    Attorneys for Defendants UNITED AGRI
                                    PRODUCTS, INC., and UAP DISTRIBUTION, INC.

                                *Admitted pro hac vice