**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SB# 148349
HELEN LEE GREENBERG, SB# 230682
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882

**FAEGRE & BENSON LLP**
ROSS W. JOHNSON, Appearing *Pro Hac Vice*
CAROLYN GUNKEL, Appearing *Pro Hac Vice*
801 Grand Avenue, Suite 3100
Des Moines, IA 50309
Telephone:    (515) 248-9000
Facsimile:    (515) 248-9010

Attorneys for Defendants
UNITED AGRI PRODUCTS, INC. and UAP DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER<br><br>Plaintiff,<br>v.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive,<br><br>Defendants | CASE NO. C 07-03555 EMC<br><br>*[PROPOSED]* ORDER REGARDING THE JOINT MOTION TO CONTINUE THE DEADLINES FOR MEDIATION AND THE SCHEDULING CONFERENCE<br><br>Removal Filed: July 10, 2007<br>Trial Date: None Set |

This matter, having come to be heard on the joint motion of Plaintiff Ken Kunzler and Defendant UAP Distribution, Inc. for the entry of an Order to continue the deadlines for mediation and the scheduling conference, due notice having been given, the Court having jurisdiction, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The deadline for mediation is continued until February 6, 2008.

2. The telephonic case management conference is rescheduled to February 20, 2008 at 2:30 p.m.

4829-3839-3346.1

~~PROPOSED~~ ORDER RE JOINT MOTION TO CONTINUE
MEDIATION DEADLINES AND SCHEDULING CONFERENCE

3. The parties shall submit an updated joint case management statement seven (7) days before the case management conference.

DATED: November 27, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

Respectfully submitted by:

DATED: November 21, 2007    THOMAS S. BRIGHAM, ESQ.
                            BROOKE A. BRIGHAM, ESQ.

                            By: /s/ Thomas S. Brigham
                                Thomas S. Brigham, Esq.
                                Brooke A. Brigham, Esq.
                                Attorneys for Plaintiff KEN KUNZLER

DATED: November 21, 2007    LEWIS BRISBOIS BISGAARD & SMITH LLP

                            By: /s/ Helen Lee Greenberg
                                Shawn A. Toliver
                                Helen Lee Greenberg
                                Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

DATED: November 21, 2007    FAEGRE & BENSON LLP

                            By: /s/ Ross W. Johnson
                                Ross W. Johnson*
                                Carolyn A. Gunkel*
                                Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

                            *Admitted pro hac vice