**LEWIS BRISBOIS BISGAARD & SMITH LLP**
SHAWN A. TOLIVER, SB# 148349
HELEN LEE GREENBERG, SB# 230682
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

**FAEGRE & BENSON LLP**
ROSS W. JOHNSON, Appearing *Pro Hac Vice*
CAROLYN GUNKEL, Appearing *Pro Hac Vice*
801 Grand Avenue, Suite 3100
Des Moines, IA 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

Attorneys for Defendants
UNITED AGRI PRODUCTS, INC. and UAP DISTRIBUTION, INC.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

KEN KUNZLER

Plaintiff,

v.

UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive,

Defendants

CASE NO. C 07-03555 EMC

***~~[PROPOSED]~~* ORDER REGARDING THE JOINT MOTION TO CONTINUE THE DEADLINES FOR MEDIATION AND THE SCHEDULING CONFERENCE**

Removal Filed: July 10, 2007
Trial Date: None Set

This matter, having come to be heard on the joint motion of Plaintiff Ken Kunzler and Defendant UAP Distribution, Inc. for the entry of an Order to continue the deadlines for mediation and the scheduling conference, due notice having been given, the Court having jurisdiction, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The deadline for mediation is continued until February 6, 2008.

2. The telephonic case management conference is rescheduled to February 20, 2008 at 2:30 p.m.

4829-3839-3346.1

3. The parties shall submit an updated joint case management statement seven (7) days before the case management conference.

DATED: November 27, 2007

EDWARD M. CHEN
United States Magistrate Judge

Respectfully submitted by:

DATED: November 21, 2007

THOMAS S. BRIGHAM, ESQ.
BROOKE A. BRIGHAM, ESQ.

By: /s/ Thomas S. Brigham
Thomas S. Brigham, Esq.
Brooke A. Brigham, Esq.
Attorneys for Plaintiff KEN KUNZLER

DATED: November 21, 2007

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Helen Lee Greenberg
Shawn A. Toliver
Helen Lee Greenberg
Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

DATED: November 21, 2007

FAEGRE & BENSON LLP

By: /s/ Ross W. Johnson
Ross W. Johnson*
Carolyn A. Gunkel*
Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

* *Admitted pro hac vice*

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580