1  THOMAS S. BRIGHAM (SBN #44899)
   BROOKE A. BRIGHAM (SBN #191263)
2  169 Mason Street, Suite 100
   Post Office Box 358
3  Ukiah, California 95482
   Telephone: (707) 462-9292
4  Facsimile: (707) 467-2492
   tsbrigham@sbcglobal.net
5
   Attorneys for KEN KUNZLER
6

7

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 KEN KUNZLER,
                                       CASE NO: C 07-03555 EMC
13       Plaintiff,
                                       **NOTICE OF CHANGE OF ADDRESS**
14 vs.

15 UNITED AGRI PRODUCTS, INC., UAP
   DISTRIBUTION, INC. and DOES 1
16 THROUGH 25, inclusive,

17       Defendants.
                                    /
18

19

20     Notice is hereby given that effective December 10, 2007 THOMAS S. BRIGHAM and

21 BROOKE A BRIGHAM, attorneys for Plaintiff Ken Kunzler, will move their law office from 441

22 North State Street to 169 Mason Street, Suite 100, Ukiah, CA 95482.  The Post Office Box number

23 358 remains the same as do the fax number (707-467-2492) and telephone number (707-462-9292).

24

25 Dated: December 5, 2007        _____
                                  THOMAS S. BRIGHAM
26                                Attorney for Plaintiff

27

28