**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Shawn A. Toliver, SB# 148349
Helen Lee Greenberg, SB# 230682
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel:   (415) 362-2580
Fax:   (415) 434-0882

**FAEGRE & BENSON LLP**
Ross W. Johnson, Appearing *Pro Hac Vice*
Carolyn Gunkel, Appearing *Pro Hac Vice*
801 Grand Avenue, Suite 3100
Des Moines, IA 50309
Tel:   (515) 248-9000
Fax    (515) 248-9010

Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER<br><br>Plaintiff,<br><br>v.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive<br><br>Defendants. | Case No. C 07-03555 EMC<br><br>**DEFENDANT'S NOTICE OF SETTLEMENT AND REQUEST TO POSTPONE STATUS CONFERENCE SET FOR FEBRUARY 20, 2008**<br><br>Removal Filed: July 10, 2007<br>Trial Date: None Set |

COMES NOW Defendant UAP Distribution, Inc. (hereinafter "Defendant"), pursuant to the instructions of the Court's assistant, and hereby provides notice that the parties have agreed to settle this lawsuit. The parties are working on finalizing the settlement, and they plan to file a Stipulation for Dismissal of All Claims with Prejudice (hereinafter "Stipulation") as soon as the settlement is finalized. At this time, Defendant is unsure that the parties can finalize the settlement and file the Stipulation prior to the status conference set for 2:30 p.m. on February 20, 2008. As such, Defendant, with the knowledge of Plaintiff, and at the suggestion of the Court's assistant, respectfully requests that the Court postpone the status conference set for February 20, 2008 (as

4842-2717-4402.1

1

well as the deadline for a submission regarding the same), until 2:30 p.m. on March 26, 2008, to allow the parties additional time to file the Stipulation. If for some reason the parties have not finalized the settlement and filed the Stipulation by March 26, 2008, they would appear that day (by phone if permitted by the Court) and explain the status to the Court.

Dated: February 11, 2008                LEWIS BRISBOIS BISGAARD & SMITH LLP


By ____/s/_____
    Shawn A. Toliver
    Helen Lee Greenberg
    Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.


Dated: February 11, 2008                By ____/s/_____
    Ross W. Johnson*
    Carolyn A. Gunkel*
    FAEGRE & BENSON LLP
    * Admitted *pro hac vice*