**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Shawn A. Toliver, SB# 148349
Helen Lee Greenberg, SB# 230682
One Sansome Street, Suite 1400
San Francisco, CA 94104
Tel:    (415) 362-2580
Fax:    (415) 434-0882

**FAEGRE & BENSON LLP**
Ross W. Johnson, Appearing *Pro Hac Vice*
Carolyn Gunkel, Appearing *Pro Hac Vice*
801 Grand Avenue, Suite 3100
Des Moines, IA 50309
Tel:    (515) 248-9000
Fax    (515) 248-9010

Attorneys for Defendants UNITED AGRI PRODUCTS, INC., and UAP DISTRIBUTION, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN KUNZLER<br><br>                  Plaintiff,<br><br>          v.<br><br>UNITED AGRI PRODUCTS, INC., UAP DISTRIBUTION, INC., and DOES 1 through 25, inclusive<br><br>                  Defendants. | Case No.  C 07-03555 EMC<br><br>Removal Filed:  July 10, 2007<br>Trial Date:  None Set<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

COME NOW Plaintiff Ken Kunzler and Defendant UAP Distribution, Inc. (collectively the "Parties"), pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of all claims against all defendants with prejudice. The Parties will bear their own attorney's fees, costs, and expenses. The Parties respectfully request that the Court issue an order dismissing all claims against all defendants and this case with prejudice.

/////

/////

/////

4840-8378-1378.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA  94104-4431
TEL: 415.362.2580

1   Dated: February _11_, 2008        THOMAS S. BRIGHAM, ESQ.
2                                     BROOKE A. BRIGHAM, ESQ.
3
4                                     By _Thomas S. Brigham_____
5                                         Thomas S. Brigham, Esq.
                                          Brooke A. Brigham, Esq.
6                                         Attorneys for Plaintiff KEN KUNZLER

7   Dated: February ____, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP
8
9
10                                    By _____
                                          Shawn A. Toliver
11                                        Helen Lee Greenberg

12                                    FAEGRE & BENSON LLP
13
14  Dated: February _11_, 2008        By _____
15                                        Ross W. Johnson*
                                          Carolyn A. Gunkel*
16                                        FAEGRE & BENSON LLP
                                          * Admitted *pro hac vice*
17
18
19
20
21
22
23
24
25
26
27
28

4840-8378-1378.1                                    2

STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE