File No. 29166-02

**CERTIFICATE OF SERVICE BY MAIL**
*Kunzler v. United Agri Products, Inc.*
USDC - ND Case No. C-07-03555 EMC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California, 94104.

On February 14, 2008, I served the following document described as:

**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Thomas S. Brigham<br>Brooke A. Brigham<br>P.O. Box 358<br>Ukiah, CA  95482 | Tel:  707.462.9292<br>Fax: 707.467.2492<br>Email:  **tsbrigham@sbcglobal.net**<br>           **briglaw@comcast.net** |

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

   [ ]   I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

   [X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 14, 2008, at San Francisco, California.

_____
Elaine Auwbrey

4838-1622-4257.1